FREDERICK A. TRAVIS, Respondent, v. JAY ROBINSON DUFF, Appellant.— Order reversed, with ten dollars costs and disbursements and motion granted to the extent of limiting the examination of the defendant to the following: As to whether the partnership between the defendant and plaintiff under the firm name and style of J. Robinson Duff & Co. was dissolved on the 1st day of July, 1919,

by mutual consent and a new firm formed, or when the said. firm was dissolved, giving the terms and conditions of dissolution. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.